| Attorney or Party without Attorney:<br>ALEX KAMINSKIY MR<br>28006 FALLBROOK DRIVE.<br>HAYWARD, CA 94542<br>Telephone No: 510-512-2992<br><br>Attorney for: Defendant | | For Court Use Only<br><br>FILED<br>08 JUN 11 PM 1:16<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|
| Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: KIMBERLITE CORPORATION, A CALIFORNIA CORPORATION
Defendant: JOHN DOES

| PROOF OF MAILING<br>ANSWER/ COUNTERCLAIM | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08-2147 THE  JE4 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ANSWER/ COUNTERCLAIM

3. a. Party served:    THOMAS PATTERSON, CEO KIMBERLITE CORPORATION

4. Address where the party was served:    3621 W BEECHWOOD AVE
   FRESNO, CA 93711

5. I served the party:
   d. **by other means** On: Mon., Jun. 09, 2008 at: 10:00AM by mailing the copies to the person served, addressed as shown in item 2c, by First Class Mail, postage prepaid, from: HAYWARD, CA

7. **Person Who Served Papers:**
   a. William c Wakeman JR
   b. **WAKEMAN PROCESS SERVICE, INC.**
      22283 MAIN STREET, Registration # 16
      HAYWARD, CA 94541
   c. (510) 886-7667, FAX (510) 886-1523

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:  $10.00
   e. I am: (3)  registered California process server
      (i)   Owner
      (ii)  Registration No.:    243
      (iii) County:              Alameda
      (iv)  Expiration Date:     Thu, Dec. 30, 2010

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jun. 09, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF MAILING
ANSWER/ COUNTERCLAIM

(William c Wakeman JR)

alkam.72