IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLITE CORPORATION,

    Plaintiff,

v.

ALEX KAMINSKIY,

    Defendant.

NO. C08-2147 TEH

ORDER OF RECUSAL

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 06/13/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLITE CORP,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN DOES et al,<br><br>            Defendant.<br>_____/ | Case Number: CV08-02147 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alex Kaminsky
28006 Fallbrook Drive
Hayward, CA 94542


Dated: June 13, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk