Alex Kaminskiy
28006 Fallbrook Drive
Hayward, CA 94542
510-512-2992



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

John Does 1-20
**Defendant,**

Vs,

Kimberlite Corporation,
A California Corporation
**Plaintiff**

Case No. **CV 08-2147 THE**
Document name:
**Motion to Withdraw**
**Answer and Counterclaim**

The defendant, John Does 1-20 petitions this Court to withdraw the Answer and Counterclaim filed on Jun 9, 2008 due to plaintiff's written promise not to proceed with defendant as a party to the action and not to claim any fees from the defendant incurred due to the action.

Dated: June 12, 2008, respectfully submitted,
By: _____

John Does