| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|   | Scott G. Lawson (Bar No. 174671) |
| 2 | scottlawson@quinnemanuel.com |
|   | Tyler G. Doyle (Bar No. 242477) |
| 3 | tydoyle@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 4 | San Francisco, California 94111 |
|   | Telephone:   (415) 875-6600 |
| 5 | Facsimile:    (415) 875-6700 |
| 6 | |
|   | Attorneys for Plaintiff Kimberlite Corporation |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIMBERLITE CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-20,<br><br>Defendants. | CASE NO. 3:08-cv-02147 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ALEX KAMINSKIY'S PURPORTED ANSWER AND COUNTERCLAIMS** |
|---|---|

21299/2537870.1

STIPULATION AND ORDER

Plaintiff Kimberlite Corporation, by and through its counsel of record, and nonparty Alex Kaminskiy hereby stipulate as follows:

### STIPULATION

1. WHEREAS, plaintiff Kimberlite Corporation filed a complaint in this court in the matter *Kimberlite Corporation v. Doe*, Case No. 3:08-cv-02147 TEH, and

2. WHEREAS, Alex Kaminskiy purported to file an answer and counterclaim in response to this complaint on June 9, 2008, and

3. WHEREAS, at the time of filing his answer and counterclaim, Mr. Kaminskiy was not a party to the action and therefore had no standing to file pleadings in the action, and

4. WHEREAS, Kimberlite does not currently intend to name Mr. Kaminskiy as a defendant in the action, and

5. WHEREAS, Kimberlite has agreed that, if Mr. Kaminskiy withdraws his answer and counterclaim, Kimberlite will not seek to recover from Mr. Kaminskiy its costs and attorneys' fees incurred in responding to the answer and counterclaim,

NOW, THEREFORE, it is hereby stipulated and agreed between Kimberlite Corporation and Alex Kaminskiy as follows:

1. Alex Kaminskiy hereby withdraws his answer and counterclaim with prejudice.

2. Kimberlite Corporation hereby waives its right to recover from Mr. Kaminskiy the attorneys' fees and costs it has incurred in responding to the answer and counterclaim.

21299/2537870.1

| | | |
|---|---|---|
| 1 | DATED: June 1̶2̶ 3, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | Scott G. Lawson<br>Attorneys for Plaintiff Kimberlite Corporation |
| 5 | | |
| 6 | DATED: June 12, 2008 | |
| 7 | | |
| 8 | | By _____ |
| 9 | | Alex Kaminskiy. |

### ORDER

Pursuant to the terms of the foregoing stipulation between Kimberlite Corporation and Alex Kaminskiy, IT IS HEREBY ORDERED AS FOLLOWS:

1. The answer filed by Alex Kaminskiy on June 9, 2008, having been withdrawn, is hereby stricken in its entirety, and shall have no further force and effect.

2. The counterclaim filed by Alex Kaminskiy on June 9, 2008, having been withdrawn, is hereby stricken in its entirety, and shall have no further force and effect.

**IT IS SO ORDERED.**

DATED: June __, 2008

By _____
Hon. Thelton E. Henderson