QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Scott G. Lawson (Bar No. 174671)
scottlawson@quinnemanuel.com
Tyler G. Doyle (Bar No. 242477)
tydoyle@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Plaintiff Kimberlite Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLITE CORPORATION, a California Corporation, <br><br>             Plaintiff, <br><br> vs. <br><br> JOHN DOES 1-20, <br><br>             Defendants. | CASE NO. 3:08-cv-02147 JSW <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING ALEX KAMINSKIY'S PURPORTED ANSWER AND COUNTERCLAIMS |

21299/2537870.1

STIPULATION AND ORDER

1  Plaintiff Kimberlite Corporation, by and through its counsel of record, and nonparty Alex
2  Kaminskiy hereby stipulate as follows:

### STIPULATION

4      1.    WHEREAS, plaintiff Kimberlite Corporation filed a complaint in this court
5  in the matter *Kimberlite Corporation v. Doe*, Case No. 3:08-cv-02147 TEH, and

6      2.    WHEREAS, Alex Kaminskiy purported to file an answer and counterclaim
7  in response to this complaint on June 9, 2008, and

8      3.    WHEREAS, at the time of filing his answer and counterclaim, Mr.
9  Kaminskiy was not a party to the action and therefore had no standing to file pleadings in the
10 action, and

11     4.    WHEREAS, Kimberlite does not currently intend to name Mr. Kaminskiy
12 as a defendant in the action, and

13     5.    WHEREAS, Kimberlite has agreed that, if Mr. Kaminskiy withdraws his
14 answer and counterclaim, Kimberlite will not seek to recover from Mr. Kaminskiy its costs and
15 attorneys' fees incurred in responding to the answer and counterclaim,

16     NOW, THEREFORE, it is hereby stipulated and agreed between Kimberlite
17 Corporation and Alex Kaminskiy as follows:

18
19     1.    Alex Kaminskiy hereby withdraws his answer and counterclaim with
20 prejudice.

21     2.    Kimberlite Corporation hereby waives its right to recover from Mr.
22 Kaminskiy the attorneys' fees and costs it has incurred in responding to the answer and
23 counterclaim.

DATED: June 1̶2̶ 3, 2008         QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

                                 By _____/s/_____
                                    Scott G. Lawson
                                    Attorneys for Plaintiff Kimberlite Corporation

DATED: June 12, 2008

                                 By _____/s/_____
                                    Alex Kaminskiy.

### ORDER

Pursuant to the terms of the foregoing stipulation between Kimberlite Corporation and Alex Kaminskiy, IT IS HEREBY ORDERED AS FOLLOWS:

1. The answer filed by Alex Kaminskiy on June 9, 2008, having been withdrawn, is hereby stricken in its entirety, and shall have no further force and effect.

2. The counterclaim filed by Alex Kaminskiy on June 9, 2008, having been withdrawn, is hereby stricken in its entirety, and shall have no further force and effect.

**IT IS SO ORDERED.**

DATED: June 17, 2008

                                 By _____/s/ Jeffrey S. White_____
                                    ~~Hon. Thelton E. Henderson~~
                                    Hon. Jeffrey S. White

21299/2537870.1

STIPULATION AND ORDER

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLITE CORP,

    Plaintiff,

v.

JOHN DOES et al,

    Defendant.

Case Number: CV08-02147 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alex Kaminsky
28006 Fallbrook Drive
Hayward, CA 94542

Dated: June 17, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk