QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Scott G. Lawson (Bar No. 174671)
scottlawson@quinnemanuel.com
Tyler G. Doyle (Bar No. 242477)
tydoyle@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff
Kimberlite Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberlite Corporation, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>John Does 1-20<br><br>Defendants. | CASE NO. 3:08-cv-02147-JSW<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Kimberlite Corporation voluntarily dismisses, without prejudice, its complaint against defendants John Does 1-20 dated April 24, 2008.

DATED  August 20, 2008                Respectfully submitted,

QUINN EMANUEL URQUHART & HEDGES, LLP

By_____
Scott G. Lawson
Attorneys for Kimberlite Corporation